

FILED
2016 Mar-28 AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
MAR 26 2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

## IN FORMA PAUPERIS AFFIDAVIT

Declaring that the information I have given below is true and correct, I apply to this court for:

☒ authority to commence an action without prepayment of fees, costs or security.

1. **PERSONAL AND FINANCIAL DATA**

A. Your full name and present mailing address:
Roger Shuler and Carol Shuler
3501 W. Sunshine
Springfield, MO 65807

Telephone (if any): 205-381-5673

B. Are you presently employed? Yes _____ No ✗

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

Weekly earnings: $ _____

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.
① Roger Shuler: UAB (University of Alabama at Birmingham) 1720 2nd Ave S, Birmingham, AL 35294
② Carol Shuler: Infinity Insurance / 3700 Colonnade Pkwy, #600, Birmingham, AL 35243

Date last worked: 06/2008 (Roger); 09/2009 (Carol)
Weekly earnings: $ 833.00 (Roger); $440.00 (Carol)

Approximately how much money have you received in the past twelve months:
as wages, salary, commissions, or earned income of any kind? $ N/A
as interest, dividends, rents, or investment income of any kind? $ N/A

      as gifts or inheritance?        $ __3,625__

      from social security, unemployment compensation, or any form of state or federal welfare payments or benefits?     $ __4,284.00__ (EBT)

      from pensions, annuities, workmen's compensation, disability or other insurance policies?     $ __N/A__

      from all other sources?     $ __N/A__

C.     How much money do you own or have in any checking or savings accounts? $ __850.00__

D.     Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?     Yes __X__    No ____

If the answer is "yes," describe the property and state its approximate value:
__Car: 1994 Nissan Sentra, $700__

E.     How much money do you owe others?    (Carol + Roger) $ __3,507,560.00__

As to each debt of over $100.00, state the name of the creditor, the approximate total amount owed to that creditor, and the monthly payment amount you currently owe and/or are paying to that creditor.

① __Jessica Garrison, $3.5 million (Roger Shuler)__

② __Cox Health, $7,560.00 (Carol Shuler)__

F.     List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.
__N/A__

G.     Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?     Yes ____    No __X__

If the answer is "yes," give the following information for each such person:

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____

H.  Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

_____
_____
_____
_____

## II.  ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding pages is true and correct.

Date: 3/24/16

SIGNATURE *[signature]*
*Carol Shuler*

WITNESS:
*Julie Krueger*
*Blake William*