# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROGER SHULER, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | Case No.: 2:16-cv-00501-RDP |
| } | |
| **LIBERTY DUKE, et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER

Plaintiffs have submitted a Motion for Leave to Proceed *In Forma Pauperis*. (Doc. # 2). Upon consideration, the Motion (Doc.# 2) is hereby **GRANTED IN PART** and **DENIED IN PART**. Plaintiffs are **ORDERED** to pay a **$200** partial filing fee **on or before April 18, 2016**. Failure to pay the fee by that date will result in the dismissal of this case without further notice.

The Clerk of the Court is **DIRECTED** to send this order to Plaintiffs' address of record.

**DONE** and **ORDERED** this March 28, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE